No. 90–6660.   ALLUSTIARTE ET AL. *v.* COOPER.   C. A. 9th Cir.   Certiorari denied.

No. 90–6662.   RAMIREZ *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–6665.   PEREZ *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–6666.   WELLS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–6667.   STEPHENS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 90–6670.   SCOTT *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–6671.   SUAREZ *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–6673.   JONES *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 90–6675.   MADEOY ET AL. *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 90–6676.   NEIMAN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–6677.   ARONOW *v.* LACROIX ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 90–6678.   NAVEIRA *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–6679.   MINKS *v.* MINNESOTA.   Ct. App. Minn.   Certiorari denied.

No. 90–6684.   JONES *v.* PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 90–6686.   HAWKINS *v.* COLUMBIA FIRST FEDERAL SAVINGS & LOAN ASSN.   C. A. 4th Cir.   Certiorari denied.